[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-12497
Non-Argument Calendar

_____

D.C. Docket No. 8:19-cr-00537-VMC-AEP-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JHON EDINSON GONZALEZ ROMERO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 20, 2021)

Before NEWSOM, BRANCH, and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed counsel for Jhon Gonzalez Romero in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Romero's conviction and sentence are **AFFIRMED**.